[No. 576-3.    Division Three.    March 30, 1973.]

HOWARD B. LUDWIGS, *Respondent*, v. FRANK H. LUDWIGS, *Appellant.*

Appeal from a judgment of the Superior Court for Walla

Walla County, No. 59790, Patrick McCabe, J., entered February 3, 1972. *Affirmed* by unpublished opinion per McInturff, J., concurred in by Green, C.J., and Munson, J.